```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 PRENKA IVEZAJ,                          :
                                         :
                      Petitioner,        :     20cv4889 (DLC)
                                         :
            -v-                          :     04cr1110 (DLC)
                                         :
 UNITED STATES OF AMERICA,               :         ORDER
                                         :
                      Respondent.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

In a motion dated June 22, 2020, petitioner moves pursuant to 28 U.S.C. § 2255 to vacate his 84-month sentence of imprisonment imposed under 18 U.S.C. § 924(c).[1]  On June 23, the Court of Appeals for the Second Circuit granted petitioner's motion for leave to a file a second or successive petition to vacate or correct his conviction under § 2255.  Accordingly, it is hereby

ORDERED that the respondent file an answer to the petition or other pleading in response thereto, along with the relevant transcripts, no later than **August 28, 2020.**

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this Order, the petition, and the memorandum of law and affirmation/affidavit in support thereof, by certified mail upon

---

[1] The June 22 motion was filed on this Court's docket on June 25, 2020.

the United States Attorney for the Southern District of New York.

    IT IS FURTHER ORDERED that petitioner shall have thirty days from the date on which he is served with respondent's answer to file a response.  The petition will be considered fully submitted as of that date.

    SO ORDERED:

Dated:    New York, New York
           June 26, 2020

                                        DENISE COTE
                            United States District Judge