```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :
             -v-                     :      04cr1110 (DLC)
                                     :
PRENKA IVEZAJ,                       :          ORDER
                                     :
                  Defendant.         :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

In a motion filed on December 10, 2020, Prenka Ivezaj moved this Court for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) or, in the alternative, for bail.  Accordingly, it is hereby

ORDERED that the Government shall file any response to the December 10 motion for compassionate release by **December 15, 2020.**

SO ORDERED:

Dated:    New York, New York
          December 10, 2020

                              _____
                                    DENISE COTE
                              United States District Judge