```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
            -v-                         :    04cr1110-4 (DLC)
                                        :
PRENKA IVEZAJ,                          :
                                        :        ORDER
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On May 10, 2022, this Court received the defendant's third motion for compassionate release pursuant to 18 U.S.C. 3582(c)(1)(A). The motion raises largely the same arguments brought in the defendant's prior motions. The first was denied on December 18, 2020; the second was denied on January 28, 2022. Additionally, the motion does not represent that the defendant has requested relief from the Bureau of Prisons.

The defendant reports that he will soon be eligible for transfer to a halfway house or home confinement. He asks for compassionate release and observes that a court may add as a condition to any term of supervised release that the defendant be subject to home confinement. The defendant acknowledges that his medical condition may be stable but points out that he suffers from a degenerative disease and is not receiving adequate medical care for that disease. He reports as well that

the water in his facility may be contaminated.  Finally, the defendant explains why he no longer poses a risk to society.

It is hereby

ORDERED that the defendant's motion is denied for the reasons stated in this Court's January 28, 2022 Opinion, and because the defendant has not exhausted his administrative rights before the Bureau of Prisons.  18 U.S.C. § 3582(c)(1)(A).

IT IS FURTHER ORDERED that the Government shall contact the Bureau of Prisons and report by June 24, 2022, on whether the Bureau of Prisons has provided the defendant with the necessary access to a doctor and performed the necessary bloodwork during the calendar year 2022.

Dated:     New York, New York
           June 1, 2022

                                          _____
                                               DENISE COTE
                                          United States District Judge